**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

THOMAS M. LONGI,

                    Plaintiff,

      - against -

COUNTY OF SUFFOLK, THE SUFFOLK
COUNTY DISTRICT ATTORNEY, THE
SUFFOLK COUNTY POLICE DEPARTMENT,
(SCPD) FIFTH PRECINCT and DISTRICT
ATTORNEY INVESTIGATORS PETER
CALABRESE AND ROBERT GARDNER,
THE TOWN OF RIVERHEAD, THE TOWN
OF RIVERHEAD COMMUNITY
DEVELOPMENT AGENCY, ANDREA
LOHNEISS i/s/h ANDREA LOHNEISE,
VINCENT VILELLA, AND JAMES
STARK, TAG MOTORS & RV SALES
AND SERVICE, GEORGE GOMES,
RICHARD ROSSI AND DOUGLAS
JONES,

                    Defendants.

-------------------------------------------------------------X

**JUDGMENT**

CV-02-5821  (SJF)

      An Opinion and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 26, 2006 granting various defendants' motions to dismiss and dismissing the majority of plaintiff's claims, and an Order of Judge Feuerstein having been filed on November 28, 2006, dismissing the claims of plaintiff, Dianne Longi in their entirety, and plaintiff, Thomas M. Longi, having settled or discontinued his claims as to certain remaining defendants, and an Opinion and Order of Judge Feuerstein having been filed on March 27, 2008, granting the remaining defendants' motions for summary judgment and dismissing plaintiff's amended complaint in its entirety as against those defendants, and denying plaintiff's cross motion for summary judgment as moot, and as all other defendants and claims have been previously dismissed or settled, it is

JUDGMENT PAGE 2 OF 2                                          02CV5821 (SJF)

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants' motion for summary judgment is granted; that plaintiff's cross motion for summary judgment is denied as moot; and plaintiff's amended complaint is hereby dismissed in its entirety.

Dated: Central Islip, New York
       March 27, 2008

                                        ROBERT C. HEINEMANN
                                        CLERK OF THE COURT

                              By:       /s/ Lorraine Sapienza
                                        Deputy Clerk